# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 06 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America<br>vs.<br>Thorn Meas | Case No. 1:12-CR-292-AWI-BAM-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Thorn Meas__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the location monitoring condition of release to vacate the home incarceration component and place the defendant on the home detention component of location monitoring whereby the defendant shall be restricted to his residence at all times except for employment; education; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_THORN MEAS_  12/27/2013         _[signed]_  12/27/2013
Signature of Defendant  Date         Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signed]_                                                       1/2/14
Signature of Assistant United States Attorney                    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                                                       12-27-13
Signature of Defense Counsel                                     Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 1/6/2014
[ ] The above modification of conditions of release is not ordered.

_[signed]_                                                       1/6/14
Signature of Judicial Officer                                    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services