1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00292 AWI BAM |
|---|---|---|
| 12 | Plaintiff, | STIPULATION TO SET HEARING FOR CHANGE OF PLEA AND ORDER THEREON |
| 13 | v. | |
| 14 | THORN MEAS, | |
| 15 | Defendant. | |

16

17      Defendant, THORN MEAS, through his counsel, Ann McGlenon and the United States of

18 America, through its counsel, Benjamin B. Wagner, United States Attorney and Kevin P. Rooney,

19 Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's

20 Arraignment on the Superseding Information and Change of Plea hearing on **February 3, 2014** at

21 **10:00 a.m.** before Senior United States District Judge Anthony W. Ishii.

22 Dated: January 23, 2014                        BENJAMIN B. WAGNER
                                                  United States Attorney
23

24                                                 /s/ Kevin P. Rooney
                                                  KEVIN P. ROONEY
25                                                Assistant United States Attorney

26

27                                                 /s/ Ann McGlenon
    Dated: January 23, 2014                       Ann McGlenon
28                                                Attorney for THORN MEAS

   Stipulation Re: COP                     1

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Arraignment on the Superseding Information and Change of Plea hearing for defendant THORN MEAS is set on February 3, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 24, 2014                                    _____
                                                              SENIOR   DISTRICT   JUDGE