HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
THORN MEAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00292 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| THORN MEAS, | DATE: May 5, 2014<br>TIME: 1:30 p.m.<br>JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kevin P. Rooney, counsel for plaintiff, and Assistant Federal Defender, Ann McGlenon, counsel for defendant THORN MEAS, that the sentencing hearing currently set for April 14, 2014 at 1:30 p.m. before the Honorable Judge Anthony W. Ishii, **may be continued to May 5, 2014 at 1:30 p.m. with the Honorable Judge Anthony W. Ishii.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv). Counsel for Defendant Meas will be out of town on this date.

//

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  April 2, 2014 | /s/ *Kevin P. Rooney*<br>Kevin P. Rooney<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  April 2, 2014 | /s/ *Ann H. McGlenon*<br>ANN H. MCGLENON<br>Assistant Federal Defender<br>Attorney for Defendant<br>THORN MEAS |

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   April 3, 2014                                    _____
                                                          SENIOR  DISTRICT  JUDGE