BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>THORN MEAS,<br><br>               Defendant. | CASE NO.  1:12-CR-00292-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Old Date:  05/05/2014<br>Time:  10:00 a.m.<br>Honorable Anthony W. Ishii<br><br>New Date:  05/12/2014<br>Time: 10:00 a.m.<br>Honorable Anthony W. Ishii |

Defendant, THORN MEAS, through his counsel, Ann McGlenon and the United States of

America, through its counsel, Benjamin B. Wagner, United States Attorney and Kevin P. Rooney,

Assistant United States Attorney, hereby stipulate to continue the sentencing hearing in this matter from

May 5, 2014, to May 12, 2014, at 10:00 a.m.

This continuance is requested because an anticipated government witness is not available on

May 5, 2014.

Further, government's counsel believes this sentencing hearing may require an hour or more of

Court time, and the Court may wish to schedule this matter at a time other than the regular 10:00 a.m.

criminal calendar.

Stipulation and Order to Continue Sentencing Hearing

1  Dated:  April 23, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney
2

3                                            /s/  Kevin P. Rooney
                                             KEVIN P. ROONEY
4                                            Assistant United States Attorney

5

6                                            /s/  Ann McGlenon
   Dated:  April 23, 2014                    Ann McGlenon
7                                            Attorney for THORN MEAS

8

9                                    **ORDER**

10

11        GOOD CAUSE APPEARING, based on the stipulation of the parties, the Sentencing Hearing

   for Defendant, THORN MEAS, currently set for May 5, 2014, is continued to May 12, 2014, at
12
   10:00a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.
13

14
   IT IS SO ORDERED.
15

16 Dated:   April 23, 2014          _____
                                       SENIOR  DISTRICT  JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

   Stipulation and Order to Continue Sentencing Hearing