HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561 / Fax: 559-487-5950

Attorney for Thorn Meas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00292-AWI-BAM-1 |
| *Plaintiff*, | APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF PROPERTY;  ORDER THEREON |
| vs. | |
| THORN MEAS, | |
| *Defendant*. | |

Defendant Thorn Meas hereby moves this court for an order to exonerate the bond and reconvey property in the above-captioned case.

On December 18, 2012, Defendant Thorn Meas appeared in this matter before Honorable Sheila K. Oberto, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a $10,000 appearance and compliance bond, secured by property owned by Sopheap Kong.  A certificate of title was posted by Sopheap Kong on December 14, 2012 for a 2005 Lincoln LS, CA Lic #5KPC985 (Vin #610643)**.**

On May 12, 2014, Defendant Meas appeared before Honorable Anthony W. Ishii, Senior United States District Court Judge, for sentencing and he is currently serving a term of imprisonment in CI Taft.  As the requirements of pretrial release were fully satisfied in this case, Defendant Meas requests that the court exonerate the bond set by this court and reconvey the title securing the bond as follows:

    1)    Fresno, CA to Sopheap Kong, a single person.

Dated: February 18, 2015

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Ann H. McGlenon*
                                        ANN H. MCGLENON
                                        Attorney for Thorn Meas

## **O R D E R**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the property securing said bond be exonerated as follows:

    1)    Fresno, CA to Sopheap Kong, a single person.

IT IS SO ORDERED.

Dated: February 19, 2015                                              
                                                       SENIOR DISTRICT JUDGE